[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 350.]

THE STATE EX REL. DAVAKIS, APPELLANT AND CROSS-APPELLEE, *v.* GENERAL FIREPROOFING COMPANY ET AL.; INDUSTRIAL COMMISSION OF OHIO, APPELLEE AND CROSS-APPELLANT.

[Cite as *State ex rel. Davakis v. Gen. Fireproofing Co.*, 1998-Ohio-64.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 97-1549—Submitted August 19, 1998—Decided October 14, 1998.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Franklin County, No. 96APD01-34.

————————————

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Steven L. Paulson*, for appellant and cross-appellee.

*Betty D. Montgomery*, Attorney General, and *Cecille Caluya Harris*, Assistant Attorney General, for appellee and cross-appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

{¶ 2} MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur. DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

————————————

**ALICE ROBIE RESNICK, J., dissenting.**

{¶ 3} I would reverse the judgment of the court of appeals on the issue of permanent total disability ("PTD"), since there is no credible evidence supporting a finding that claimant is capable of any sustained remunerative employment. I would, however, return the cause to the commission to adequately consider and explain the issue of whether claimant's retirement was voluntary, with instructions

that if claimant's retirement is found to be injury-induced, an order granting compensation for PTD shall be entered.

{¶ 4} I would affirm on the issue of temporary total disability pursuant to *State ex rel. Russell v. Indus. Comm.* (1998), 82 Ohio St.3d 516, 696 N.E.2d 1069.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.

―――――――――――